**ZAZZALI, FAGELLA, NOWAK,**
**KLEINBAUM & FRIEDMAN**
Colin M. Lynch, Esq. (No. 0038381998)
570 Broad Street - Suite 1402
Tel.: (973) 623-1822
Fax: (973) 623-2209
Email: clynch@zazzali-law.com
Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEWARK TEACHERS UNION LOCAL 481, AFT, AFL-CIO; SANYIKA MONTAGUE; JENNIFER FERRARA; and VANGELA CROWE,<br><br>            Plaintiffs,<br>v.<br><br>CITY OF NEWARK BOARD OF EDUCATION; NATASHA PARED; STEPHANIE VARGAS; KINYETTA BIRD; JOSE FUENTES; and JOHN/JANE DOES 1-10 (representing Administrators who aided, abetted and/or conspired with Pared to deprive Plaintiffs of their rights under color of law),<br><br>            Defendants. | Civil Action No.<br>2:22-CV-00271-MCA-JSA<br><br><br><br>**CONSENT ORDER** |

       **THIS MATTER** having been opened to the Court upon the joint application of Plaintiffs Newark Teachers Union Local 481, AFT, AFL-CIO; Sanyika Montague; Jennifer Ferrara; and Vangela Crowe; and Defendants City of Newark Board of Education; Natasha Pared; Stephanie Vargas; Kinyetta Bird; and Jose Fuentes; for a Consent Order withdrawing Defendants' motion

290253

to dismiss (ECF No. 13) and permitting the filing of Plaintiffs' Second Amended Complaint (ECF No. 16-3, Ex. A), and for good cause shown:

**IT IS** on this 30th day of September, 2022,

**ORDERED** that Defendants' Motion to Dismiss filed on July 28, 2022, (ECF No. 13), is hereby withdrawn without prejudice; and

**IT IS FURTHER ORDERED** that Plaintiffs shall file their Second Amended Complaint as attached in their Cross-Motion for Leave to Amend filed on September 19, 2022, (ECF No. 16), within five (5) days of the entry of this Consent Order; and

**IT IS FURTHER ORDERED** that Defendants shall file an answer to the Second Amended Complaint or a Motion to Dismiss within twenty (20) days of the filing of Plaintiffs' Second Amended Complaint.

s/Jessica S. Allen
United States Magistrate Judge

The undersigned hereby consent to the form and entry of this Order:

| | |
|---|---|
| **Zazzali, Fagella, Nowak,** | **Lite DePalma** |
| **Kleinbaum & Friedman** | **Greenberg & Afanador, LLC** |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| | |
| /s/ *Colin M. Lynch* | /s/ *Victor Afandor* |
| Colin M. Lynch, Esq. | Victor Afandor, Esq. |
| | |
| Dated: 9/29/22 | Dated: 9/29/22 |

290253